1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN SUMNER AND LINDA SUE SUMNER, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STEVE MUTNICK, ET AL. )<br>)<br>Defendants. )<br>_____ ) | Case No.: C 10-03373 PVT<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On October 19, 2010, the parties appeared before U.S. Magistrate Judge Patricia V. Trumbull for a Case Management Conference.  Based on the Joint Initial Case Management Conference Statement and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference be continued to November 16, 2010 at 2:00 p.m.

Dated:   October 28, 2010

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28