LISA E. AGUIAR (SBN 139897)
CANDICE S. PETTY (SBN 233365)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113-2429
Telephone:   (408) 287-6262
Facsimile:   (408) 918-4501
Email:       laguiar@rmkb.com
             cpetty@rmkb.com

Attorneys for Defendant
STEVEN J. MUTNICK

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SUMNER and LINDASUE SUMNER, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN J. MUTNICK, and DOES 1-100,<br><br>Defendant. | CASE NO. 10-CV-03373-PSG<br><br>**STIPULATION AND ORDER**<br><br>Complaint Filed: July 30, 2010<br>Trial Date: Not yet set |

**WHEREAS,** on October 19, 2010 the parties made a request for mediation before Magistrate Judge Patricia Trumbull;

**WHEREAS,** the mediation deadline was originally set by the court for January 31, 2011;

**WHEREAS,** the case was transferred to Magistrate Judge Paul Singh Grewal, and a second mediation referral was made to Magistrate Grewal on January 11, 2011, but the mediation deadline was not extended.

**IT IS HEREBY STIPULATED** by and between the parties hereto through their designated counsel that, with the court's permission, the mediation deadline be extended to April 30, 2011.

Dated: January 21, 2011

LAW OFFICES OF DAVID Y. CHUN

By: _____
DAVID Y. CHUN
Attorney for Plaintiffs
JOHN SUMNER and LINDASUE SUMNER

Dated: January 18, 2011

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
LISA E. AGUIAR
CANDICE S. PETTY
Attorneys for Defendants
STEVEN J. MUTNICK

## ORDER

IT IS HEREBY ORDERED that the mediation deadline in the above-matter be extended to April 30, 2011.

Dated: January 26, 2011

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

RC1/5840652.1/BS                                    - 2 -          Stipulation and Order – Case No. 10-CV-03373-PVT