UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN SUMNER AND LINDA SUE SUMNER,<br><br>              Plaintiffs,<br><br>       v.<br><br>STEVE MUTNICK, ET AL.,<br><br>              Defendants. | Case No.: C 10-3373 PSG<br><br>**CASE MANAGEMENT ORDER** |

On February 1, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that the parties shall participate in mediation. *See* Stipulation and Order dated January 26, 2011. (Docket No. 27).

ORDER, *page 1*

1  IT IS FURTHER ORDERED that the following schedule shall apply to this case:

2  Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 31, 2011

3  Designation of Opening Experts with Reports . . . . . . . . . . . . . . . . . . . . . . August 15, 2011

4  Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . September 15, 2011

5  Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 30, 2011

6  Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 37-3

7  Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . 10:00 a.m. on October 11, 2011

8  Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on January 16, 2012

9  Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on January 23, 2012

10  IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil

11 Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy

12 of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint

13 Pretrial Statement, and all other pretrial submissions.

14 Dated: February 1, 2011

15  _____
     PAUL S. GREWAL
16   United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

ORDER, *page 2*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28