UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOHN SUMNER, et al.,<br>        Plaintiffs, | No. C 10-3373 PSG |
| v.<br>STEVEN J. MUTNICK,<br>        Defendant. | **ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      February 18, 2011<br>Mediator:  Lester Levy |

   IT IS HEREBY ORDERED that the request for plaintiffs John and Linda Sumner to be excused from personal attendance at the February 18, 2011 mediation session before Lester Levy is GRANTED.  Mr. and Mrs. Sumner shall participate in the mediation via videoconference, and shall be available at all times unless and until excused by the mediator in accordance with ADR L.R. 6-10(f).  Plaintiffs further shall arrange a mechanism by which they can execute an enforceable agreement if the parties reach a settlement during the mediation.

   IT IS SO ORDERED.

February 8, 2011                            By:       /s/ Elizabeth D. Laporte
Dated                                                         Elizabeth D. Laporte
                                                       United States Magistrate Judge