1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                           SAN JOSE DIVISION
12

13 | JOHN SUMNER AND LINDA SUE ) | Case No.: C-10-03373 PSG
SUMNER,                     )
14 |                             ) | **STANDBY ORDER TO SHOW**
     Plaintiffs,              ) | **CAUSE**
15 |     v.                       )
                                 )
16 | STEVEN J. MUTNICK,           )
                                 )
17 |     Defendant.              )
     _____)
18

19     The Court has been informed that the above-captioned action has settled.  The parties

20 shall file a stipulation of dismissal no later than August 5, 2011.  If a stipulation of dismissal is

21 not filed by that date, the parties shall appear on August 23, 2011 at 2PM in Courtroom 5, 4th

22 Floor and show cause why the case should not be dismissed.

23     Failure to comply with this Order may result in dismissal of the action pursuant to

24
25
26
27
28

ORDER, *page 1*

1 | Federal Rule of Civil Procedure 41(b).
2 |     IT IS SO ORDERED.
3 |
4 | Dated:   July 28, 2011
5 |

PAUL S. GREWAL
United States Magistrate Judge