DAVID Y. CHUN, ESQ. SBN 187427
Law Offices of David Y. Chun
Twelve South First Street, Suite 812
San Jose, California 95113
(408) 995-0200
Attorneys for the Plaintiffs
JOHN SUMNER AND LINDA SUE SUMNER

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JOHN SUMNER AND LINDA SUE SUMNER, | Case No. 10-CV-03373-PSG |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND** xxxxxxxxxxxx **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| STEVE MUTNICK and DOES 1-100, inclusive, | |
| Defendants. | |

COME NOW Plaintiffs JOHN SUMNER AND LINDA SUE SUMNER and Defendant STEVE MUTNICK, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and file this Joint Stipulation and Proposed Order of Dismissal with Prejudice and show as follows:

The parties in the above-captioned case have agreed to resolve the matter through settlement and have entered into a Settlement Agreement and General Release. In light of that settlement agreement, Plaintiffs agree to dismiss their claims against Defendant with prejudice subject to the terms of the Settlement Agreement.

///

JOINT STIPULATION AND PROPOSED ORDER OF DISMISSAL WITHout PREJUDICE
SUMNER v. MUTNICK
Case No. 10-CV-03373-P VT

NOW THEREFORE, the parties stipulate and agree to the dismissal of the above-captioned case, and each and every claim therein, with prejudice. All parties to bear their own costs.

DATED: 8/4/2011

Respectfully Submitted,

LAW OFFICES OF DAVID Y. CHUN

BY: _____
DAVID Y. CHUN, ESQ.
Attorneys for the Plaintiff
JOHN SUMNER AND LINDA SUE SUMNER

DATED: 8/5/11

ROPERS, MAJESKI, KOHN & BENTLEY

BY: _____
LISA E. AGUIAR, ESQ.
Attorneys for Defendants
STEVEN J. MUTNICK

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that this matter is hereby DISMISSED WITH PREJUDICE this 8th day of August, 2011.

IT IS SO ORDERED.

DATED: August 8, 2011

_____
UNITED STATES ]XXXXXXXXXXXXXXXXXXXXX
                       MAGISTRATE JUDGE

JOINT STIPULATION AND PROPOSED ORDER OF DISMISSAL WITHout PREJUDICE
SUMNER v. MUTNICK
Case No. 10-CV-03373-P VT